Alice L. HEATH, Petitioner-on-Review,

v.

COMMISSIONER OF INTERNAL REV-
ENUE, Respondent-on-Review.

No. 236, Docket 25414.

United States Court of Appeals
Second Circuit.

Argued March 5 and 6, 1959.

Decided April 16, 1959.

Watson Washburn, New York City
(Washburn & Gray, New York City, on
the brief), for petitioner-on-review.

Charles B. E. Freeman, Atty., Dept. of
Justice, Washington, D. C. (Charles K.
Rice, Asst. Atty. Gen., Lee A. Jackson
and Robert N. Anderson, Attys., Dept. of
Justice, Washington, D. C., on the brief),
for respondent-on-review.

Before MEDINA and HINCKS, Cir-
cuit Judges, and MATHES, District
Judge.*

PER CURIAM.

We affirm on the findings of fact and
opinion of Judge Atkins, 30 T.C. 339.

The principles formulated by us in New-
ton v. Pedrick, 2 Cir., 1954, 212 F.2d 357,
were the result of careful study and we
see no occasion to modify them. Indeed,
they were a development of a trend fore-
shadowed in Lerner v. Commissioner, 2
Cir., 1952, 195 F.2d 296. Nor are these
views in any way altered by what appel-
lant urges upon us as new matter, includ-
ing the testimony of appellant in this
proceeding, Treasury Regulations 111
(§ 29.22(k)–1), promulgated under the
Internal Revenue Code of 1939 and in
force in 1943, 1944 and 1945, and later
republished, and certain excerpts from
the Senate and House Committee Reports
on the 1954 Code (H.Rep. No. 1337, 83rd
Cong. 2d Sess., p. 9; Sen.Rep. No. 1622,
83rd Cong., 2d Sess., p. 10).

Affirmed.